JS-6

FILED
CLERK, U.S. DISTRICT COURT
MAR - 4 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

1 THOMAS P. O'BRIEN
  United States Attorney
2 CHRISTINE C. EWELL
  Assistant United States Attorney
3 Chief, Criminal Division
  STEVEN R. WELK
4 Assistant United States Attorney
  PIO S. KIM, Cal. Bar No. 156679
5 Assistant United States Attorneys
       1400 United States Courthouse
6      312 North Spring Street
       Los Angeles, California 90012
7      Telephone:  (213) 894-3995/2589
       Facsimile:  (213) 894-7177
8
  Attorneys for Plaintiff
9 UNITED STATES OF AMERICA

10
                 UNITED STATES DISTRICT COURT
11
           FOR THE CENTRAL DISTRICT OF CALIFORNIA
12
                      WESTERN DIVISION
13

14 UNITED STATES OF AMERICA,      ) NO. CV 03-7177 RJK (CTx)
                                  )
15      Plaintiff,                ) CONSENT JUDGMENT
                                  )
16      v.                        )
                                  )
17 REAL PROPERTY LOCATED AT       )
   8240 SUVA STREET,              )
18 DOWNEY, CALIFORNIA,            )
                                  )
19      Defendant.                )
                                  )
20 _____  )

21
        WHEREAS on October 7, 2003, plaintiff United States of
22
   America (the "government") filed this forfeiture action against
23
   the defendant Real Property Located at 8240 Suva Street, Downey,
24
   California (the "defendant property"),
25
        WHEREAS the government has caused process to be served on
26
   the defendant property, notice to be published, and claim letters
27

28

to be served,

WHEREAS claimants Armando Salcedo and Maricela Salcedo have filed a written claim of interest in the defendant property,

The Court, having been duly advised of and having considered the matter, and based upon the mutual consent of the parties, HEREBY ORDERS, ADJUDGES, AND DECREES:

1. This Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1345 and 1355.

2. The Complaint for Forfeiture states claims for relief pursuant to 18 U.S.C. § 981(a)(1)(A)&(C).

3. Notice of this action has been given as required by law. No appearance has been made in this action by any person other than claimants Armando Salcedo and Maricela Salcedo, and the time for making an appearance has expired. The Court deems that all potential claimants other than claimants Armando Salcedo and Maricela Salcedo admit the allegations of the Complaint for Forfeiture to be true, and hereby enters default against all other potential claimants.

4. The defendant property is forfeited to the government, and no other right, title, or interest shall exist therein. The government shall dispose of the defendant property according to law.

5. Claimants Armando Salcedo and Maricela Salcedo shall vacate and deliver to the government the defendant property, without any occupant or tenant, within 30 days of the sentencing of claimant Armando Salcedo in the criminal action entitled

1  <u>United States v. Armando Salcedo</u>, CR 07-917-SVW.  Claimants
2  Armando Salcedo and Maricela Salcedo shall maintain the current
3  home owner's and fire insurance and take all other actions
4  customary to maintain the property, including, without
5  limitation, timely paying for gardening services and utilities
6  until and including the date the property is delivered to the
7  government.
8       6.   Claimants Armando Salcedo and Maricela Salcedo hereby
9  release the United States of America, the State of California,
10 all counties, municipalities and cities within the State of
11 California, and any of foregoing's agencies, departments,
12 offices, agents, employees and officers, including, but not
13 limited to, the United States Attorney's Office, the United
14 States Customs Service, the United States Immigration and Customs
15 Enforcement, and any of the foregoing's employees and agents,
16 from any and all, known or unknown, claims, causes of action,
17 rights, and liabilities, including, without limitation, any claim
18 for attorney's fees, costs, or interest which may be now or later
19 asserted by or on behalf of the claimants, arising out of or
20 related to this action.  The claimants represent and agree that
21 they have not assigned and are the rightful owners of such
22 claims, causes of action and rights.
23      7.   The Court finds that there was reasonable cause for the
24 recording of a lis pendens against the defendant property and
25 institution of these proceedings.  This judgment shall be
26 construed as a certificate of reasonable cause pursuant to 28

1 | U.S.C. § 2465.

2 |     8. The parties shall each bear their own attorney's fees
3 | and other costs and expenses of litigation.

4 |     DATED: March 4, 2008      _/s/ Illegible Signature_

                                          UNITED STATES DISTRICT JUDGE

## CONSENT

The parties consent to judgment and waive any right of appeal.

DATED: _____, 2008     THOMAS P. O'BRIEN
                                  United States Attorney

                                  PIO S. KIM
                                  Assistant United States Attorney

                                  Attorneys for Plaintiff
                                  UNITED STATES OF AMERICA

DATED: _____, 2008     _____
                                  ARMANDO SALCEDO

DATED: _____, 2008     _____
                                  MARICELA SALCEDO

Approved as to form and content.

DATED: _____, 2008     _____
                                  DONALD M. RE
                                  Attorney for claimant
                                  Armando Salcedo

DATED: _____, 2008     _____
                                  ELON A. POLLACK
                                  Attorney for claimant
                                  Maricela Salcedo