THOMAS P. O'BRIEN
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
PIO S. KIM, Cal. Bar No. 156679
Assistant United States Attorneys
    1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-3995/2589
    Facsimile: (213) 894-7177

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED
CLERK, U.S. DISTRICT COURT
MAR 19 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CV 03-7177 RJK (CTx) |
| Plaintiff, | AMENDED CONSENT JUDGMENT |
| v. | |
| REAL PROPERTY LOCATED AT 8240 SUVA STREET, DOWNEY, CALIFORNIA, | |
| Defendant. | |

WHEREAS on October 7, 2003, plaintiff United States of America (the "government") filed this forfeiture action against the defendant Real Property Located at 8240 Suva Street, Downey, California (the "defendant property"),

WHEREAS the government has caused process to be served on the defendant property, notice to be published, and claim letters

to be served,

WHEREAS claimants Armando Salcedo and Maricela Salcedo have filed a written claim of interest in the defendant property,

The Court, having been duly advised of and having considered the matter, and based upon the mutual consent of the parties, HEREBY ORDERS, ADJUDGES, AND DECREES:

1. This Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1345 and 1355.

2. The Complaint for Forfeiture states claims for relief pursuant to 18 U.S.C. § 981(a)(1)(A)&(C).

3. Notice of this action has been given as required by law. No appearance has been made in this action by any person other than claimants Armando Salcedo and Maricela Salcedo, and the time for making an appearance has expired. The Court deems that all potential claimants other than claimants Armando Salcedo and Maricela Salcedo admit the allegations of the Complaint for Forfeiture to be true, and hereby enters default against all other potential claimants.

4. The defendant property is forfeited to the government, and no other right, title, or interest shall exist therein. The government shall dispose of the defendant property according to law.

5. Claimants Armando Salcedo and Maricela Salcedo shall vacate and deliver to the government the defendant property, without any occupant or tenant, within 30 days of the sentencing of claimant Armando Salcedo in the criminal action entitled

<u>United States v. Armando Salcedo</u>, CR 07-917-SVW.  Claimants Armando Salcedo and Maricela Salcedo shall maintain the current home owner's and fire insurance and take all other actions customary to maintain the property, including, without limitation, timely paying for gardening services and utilities until and including the date the property is delivered to the government.

    6.  Claimants Armando Salcedo and Maricela Salcedo hereby release the United States of America, the State of California, all counties, municipalities and cities within the State of California, and any of foregoing's agencies, departments, offices, agents, employees and officers, including, but not limited to, the United States Attorney's Office, the United States Customs Service, the United States Immigration and Customs Enforcement, and any of the foregoing's employees and agents, from any and all, known or unknown, claims, causes of action, rights, and liabilities, including, without limitation, any claim for attorney's fees, costs, or interest which may be now or later asserted by or on behalf of the claimants, arising out of or related to this action.  The claimants represent and agree that they have not assigned and are the rightful owners of such claims, causes of action and rights.

    7.  The Court finds that there was reasonable cause for the recording of a lis pendens against the defendant property and institution of these proceedings.  This judgment shall be construed as a certificate of reasonable cause pursuant to 28

1 | U.S.C. § 2465.

2 |     8. The parties shall each bear their own attorney's fees and other costs and expenses of litigation.

DATED: March 19 2008

_____
UNITED STATES DISTRICT JUDGE

### CONSENT

The parties consent to judgment and waive any right of appeal.

DATED: Feb. 22, 2008    THOMAS P. O'BRIEN
United States Attorney

_____
PIO S. KIM
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

{see next page}

DATED: _____, 2008
_____
ARMANDO SALCEDO

{see next page}

DATED: _____, 2008
_____
MARICELA SALCEDO

Approved as to form and content.

{see next page}

DATED: _____, 2008
_____
DONALD M. RE
Attorney for claimant
Armando Salcedo

{see next page}

DATED: _____, 2008
_____
ELON A. POLLACK
Attorney for claimant
Maricela Salcedo

```
1  U.S.C. § 2465.
2      8. The parties shall each bear their own attorney's fees
3  and other costs and expenses of litigation.
4      DATED: _____, 2008    _____
                                UNITED STATES DISTRICT JUDGE
5
6                              CONSENT
7      The parties consent to judgment and waive any right of
8  appeal.
9      DATED: _____, 2008    THOMAS P. O'BRIEN
                                United States Attorney
10
11                              _____
                                PIO S. KIM
12                              Assistant United States Attorney

                                Attorneys for Plaintiff
13                              UNITED STATES OF AMERICA

14
       DATED: 2-20-02, 2008    _____
15                              ARMANDO SALCEDO

16                              {see next page}
       DATED: _____, 2008    _____
17                              MARICELA SALCEDO

18
   Approved as to form and content.
19
20     DATED: 2-20, 2008        _____
                                DONALD M. RE
21                              Attorney for claimant
                                Armando Salcedo
22                              {see next page}
23     DATED: _____, 2008    _____
                                ELON A. POLLACK
24                              Attorney for claimant
                                Maricela Salcedo
25
26
27
28
                                  5
```

```
 1  U.S.C. § 2465.
 2      9.  The parties shall each bear their own attorney's fees
 3  and other costs and expenses of litigation.
 4      DATED: _____, 2008
                                    _____
 5                                   UNITED STATES DISTRICT JUDGE
 6                              CONSENT
 7      The parties consent to judgment and waive any right of
 8  appeal.
 9      DATED: _____, 2008    THOMAS P. O'BRIEN
10                                  United States Attorney
11
                                    _____
12                                  PIO S. KIM
                                    Assistant United States Attorney
13
                                    Attorneys for Plaintiff
14                                  UNITED STATES OF AMERICA
15      DATED: _____, 2008    _____
                                    ARMANDO SALCEDO
16
        DATED: 2-20-, 2008         [signature]
17                                  MARICELA SALCEDO
18
    Approved as to form and content.
19
20      DATED: _____, 2008    _____
21                                  DONALD M. RE
                                    Attorney for claimant
22                                  Armando Salcedo
23      DATED: _____, 2008    {see next page}
                                    _____
24                                  ELON A. POLLACK
                                    Attorney for claimant
25                                  Maricela Salcedo
26
27
28
                                    6
```

```
 1 │ U.S.C. § 2465.
 2 │     8. The parties shall each bear their own attorney's fees
 3 │ and other costs and expenses of litigation.
 4 │     DATED: _____, 2008
 5 │                              UNITED STATES DISTRICT JUDGE
 6 │                      CONSENT
 7 │     The parties consent to judgment and waive any right of
 8 │ appeal.
 9 │     DATED: _____, 2008   THOMAS P. O'BRIEN
10 │                            United States Attorney
11 │
12 │                            PIO S. KIM
                                Assistant United States Attorney
13 │                            Attorneys for Plaintiff
                                UNITED STATES OF AMERICA
14 │
15 │     DATED: _____, 2008   _____
                                ARMANDO SALCEDO
16 │
17 │     DATED: _____, 2008   _____
                                MARICELA SALCEDO
18 │
19 │ Approved as to form and content.
20 │     DATED: _____, 2008   _____
21 │                            DONALD M. RE
                                Attorney for claimant
22 │                            Armando Salcedo
23 │     DATED: Feb. 21, 2008   [signature]
                                ELON A. POLLACK
24 │                            Attorney for claimant
25 │                            Maricela Salcedo
26 │
27 │
28 │
```

7